```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | D.C. NO. 2-11-cr-0534 LKK |
| | ) | |
| v. | ) | APPLICATION FOR UNSEALING |
| | ) | INDICTMENT |
| DANIEL JAMES HARDEN, | ) | |
| | ) | |
| Defendant. | ) | |

On December 16, 2011, the indictment was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment and this case be unsealed.

DATED: December 19, 2011          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By:/s/ Kyle F. Reardon
                                     KYLE F. REARDON
                                     Assistant U.S. Attorney

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KYLE F. REARDON |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | D.C. NO. 2-11-cr-0534 LKK |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | UNSEALING INDICTMENT |
| DANIEL JAMES HARDEN, | ) | |
| | ) | |
| Defendant. | ) | |

The government's request to unseal the indictment and this case is GRANTED.

SO ORDERED.

DATED: December 19, 2011          /s/ Carolyn K. Delaney
                                  HON. CAROLYN K. DELANEY
                                  U.S. Magistrate Judge