DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
DANIEL JAMES HARDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00534 LKK |
| Plaintiff, | **AMENDED ORDER AFTER HEARING** |
| v. | DATE: January 18, 2012 |
| | TIME: 9:15 a.m. |
| DANIEL JAMES HARDEN, | JUDGE: Lawrence K. Karlton |
| Defendant. | |

This matter came before the Court for Status Conference on January 18, 2012, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney, Kyle Reardon, defense counsel for DANIEL JAMES HARDEN, David Kleczek and Assistant Federal Defender Michael Petrik, and the defendant was present.

Defense counsel, David Kleczek requested to be relieved as counsel and the court appointed the Federal Defenders Officers to represent the defendant. Both counsel requested that the matter be set for a further status conference hearing on February 14, 2012, at 9:15 a.m. to provide the defense with sufficient time to complete its investigation.

IT IS HEREBY ORDERED that this matter be set for a further status

conference hearing on February 14, 2012, at 9:15 a.m.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from January 18, 2012 to and including February 14, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

THE COURT specifically finds that the ends of justice served by granting of such a continuance outweigh the interest of the public and the defendant in a speedy trial.

DATED: January 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT