```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    DANIEL JAMES HARDEN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00534 LKK |
| Plaintiff, | ) | **ORDER AFTER HEARING** |
| v. | ) | DATE: March 27, 2012 |
| | ) | TIME: 9:15 a.m. |
| DANIEL JAMES HARDEN, | ) | JUDGE: Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | ) | |

This matter came before the Court for Status Conference on February 14, 2012, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney, Kyle Reardon, defense counsel for DANIEL JAMES HARDEN, Assistant Federal Defender Benjamin D. Galloway and the defendant was present.

Both counsel requested that the matter be set for a further status conference hearing on March 27, 2012, at 9:15 a.m. to provide the defense with sufficient time to complete its investigation.

IT IS HEREBY ORDERED that this matter be set for a further status conference hearing on March 27, 2012, at 9:15 a.m..

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161

(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period from February 14, 2012 to and including March 27, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

The Court specifically finds that the ends of justice served by granting of such a continuance outweigh the interest of the public and the defendant in a speedy trial.

DATED: February 16, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT