DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, CA Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL JAMES HARDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. Cr. S 11-0534 LKK
                                    )
            Plaintiff,              )
                                    ) STIPULATION TO MODIFY CONDITIONS
      v.                            ) OF RELEASE; PROPOSED ORDER
                                    )
DANIEL JAMES HARDEN,                )
                                    )
            Defendant.              ) Judge: Hon. Dale A. Drozd
                                    )
_____)

    IT IS HEREBY STIPULATED AND AGREED between the parties, Kyle Reardon, Assistant United States Attorney, attorney for Plaintiff, and Benjamin D. Galloway, Assistant Federal Defender, attorney for defendant, DANIEL JAMES HARDEN, that the conditions of Mr. Harden's release as imposed on December 19, 2011 be modified to allow Mr. Harden to have contact with his step-siblings.

    Daniel Harden was released at his first appearance in December of last year on a $50,000 unsecured bond. He was placed on pretrial supervision with a number of conditions, including condition number 19, which prohibits contact with any person who is under the age of 18 except in the presence of an adult parent or legal guardian.

    Since his release, Mr. Harden's minor step-siblings have moved

into the home occupied by Mr. Harden, his mother, and his stepfather. Mr. Harden's stepfather, who is the sole living parent of the minor step-siblings, is aware of the allegations against Mr. Harden and does not oppose unsupervised contact between Mr. Harden and his step-siblings. Mr. Harden has been fully compliant with pretrial supervision since his release. His pretrial services officer, Mr. Sarlatte, approves of this proposed modification. The prosecutor in this case, Mr. Reardon, has no opposition to this request.

Dated: June 6, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant
DANIEL HARDEN

Dated: June 6, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin D. Galloway for
KYLE REARDON
Assistant U.S. Attorney
Counsel for Plaintiff

ORDER

The condition ordering Mr. Harden to have no contact with any person who is under the age of 18 except in the presence of an adult parent or legal guardian is hereby modified to permit unsupervised contact with his step-siblings. All other conditions are to remain in effect.

Dated: 6/6/12

DALE A. DROZD
United States Magistrate Court