BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JAMES HARDEN,<br><br>Defendant. | CASE NO. 2:11-CR-00534 LKK<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM AUGUST 28, 2012, TO OCTOBER 10, 2012** |

The parties request that the judgment and sentencing currently set for August 28, 2012, at 9:15 a.m., be continued to October 10, 2012, at 9:15 a.m. This continuance is necessary due to the unavailability of government counsel and the need to allow for the completion of the presentence report.

///

///

///

///

///

///

The following Presentence Report disclosure schedule will apply:

| | Old Date | New Date |
|---|---|---|
| Proposed PSR to Counsel | July 17, 2012 | August 29, 2012 |
| Informal Objections | July 31, 2012 | September 12, 2012 |
| Response to Informal Objections and PSR Filed with the Court | August 7, 2012 | September 19, 2012 |
| Formal Objections / Motion for Correction of PSR | August 14, 2012 | September 26, 2012 |
| Reply or Statement of Non-Opposition | August 21, 2012 | October 3, 2012 |
| Judgment and Sentencing | August 28, 2012 | October 10, 2012 |

Dated: August 9, 2012  Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Dated: August 9, 2012  */s/ Kyle Reardon* for
BENJAMIN GALLOWAY
Attorney for Daniel James Harden

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-CR-00534 LKK |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER CONTINUING JUDGMENT AND** |
|  | ) | **SENTENCING FROM AUGUST 28, 2012,** |
| DANIEL JAMES HARDEN, | ) | **TO OCTOBER 10, 2012** |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for August 28, 2012, is continued to October 10, 2012, at 9:15 a.m.

Dated: August 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT